IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| BARRY TRIMBLE, <br> # 139540, <br><br> Plaintiff, <br><br> v. <br><br> RICHARD ALLEN, *et al.*, <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) CASE NO. 2:11-CV-391-WKW <br> ) <br> ) <br> ) <br> ) |

## **ORDER**

On September 2, 2014, the Magistrate Judge filed a Recommendation in this case to which no timely objections have been filed. (Doc. # 31). Upon an independent review of the file in this case and upon consideration of the Recommendation, it is ORDERED that the Recommendation is ADOPTED, and that this case is DISMISSED without prejudice for Plaintiff's failure to comply with the court's orders.

A separate final judgment will be entered.

DONE this 24th day of September, 2014.

                                                /s/ W. Keith Watkins
                                     CHIEF UNITED STATES DISTRICT JUDGE